UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CSS BOARD ABN 19415 776861, et al., | ) | Civil No. 1:06-CV-00236 |
| | ) | |
| Plaintiffs, | ) | Judge: Emmet G. Sullivan |
| | ) | |
| vs. | ) | |
| | ) | |
| AOL TIME WARNER INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS
PURSUANT TO LCvR 7.1

I, the undersigned, counsel of record for CSS Board ABN 19415 776891, PSS Board ABN 74 172 177893, SAS Trustee Corporation, H.E.S.T. Australia Limited as Trustee of HESTA, Host-Plus Pty Limited as Trustee for HostPlus, UniSuper Limited, United Super Pty Ltd. as Trustee of Cbus and Vision Super Pty Ltd., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of CSS Board ABN 19415 776891, PSS Board ABN 74 172 177893, SAS Trustee Corporation, H.E.S.T. Australia Limited as Trustee of HESTA, Host-Plus Pty Limited as Trustee for HostPlus, UniSuper Limited, United Super Pty Ltd. as Trustee of Cbus and Vision Super Pty Ltd. which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

DATED: February 14, 2006

LAW OFFICES OF ROGER M. ADELMAN
ROGER M. ADELMAN (Bar # 56358)
1100 Connecticut Ave., NW, Suite 730
Washington, DC 20036
Telephone: 202/822-0600
202/822-6722 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
JOHN J. STOIA, JR.
MICHAEL J. DOWD
THEODORE J. PINTAR
DAVID C. WALTON
PATRICK W. DANIELS
ANDREW J. BROWN
THOMAS E. EGLER (DC Federal Bar #PA0014)

/s/ Thomas E. Egler
THOMAS E. EGLER

- 1 -

        655 West Broadway, Suite 1900
        San Diego, CA  92101-3301
        Telephone:  619/231-1058
        619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
RANDI D. BANDMAN
MICHAEL F. GHOZLAND
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
Telephone:  310/859-3100
310/278-2148 (fax)

Attorneys for Plaintiffs

S:\CasesSD\AOL TW DC CSS Board\NOT00028094.doc

- 2 -